■ DIANE KUZYNS, Respondent, v CITY OF NEW YORK et al., Defendants, MELOHN PROPERTIES, Respondent, and YORK SCAFFOLD EQUIPMENT CORP., Appellant.—Order, Supreme Court, New York County (Martin Schoenfeld, J.), entered on or about November 1, 1991, unanimously affirmed for the reasons stated by Schoenfeld, J. No opinion. Concur—Milonas, J. P., Kupferman, Ross, Asch and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, v JESUS CABON et al., Respondents, and POLICE DEPARTMENT OF THE CITY OF NEW YORK, Appellant.—Leave to appeal from Appellate Term denied. Concur—Carro, J. P., Rosenberger, Kassal and Smith, JJ.

Kupferman, J., concurs in result only, in the following memorandum. I concur in the result only on the basis that the subpoenas are for routinely prepared police reports concerning the charged crimes and, therefore, a further appeal is not warranted.

In other circumstances, *People v Santos* (64 NY2d 702) could be distinguished because, among other reasons, the Police Department of the City of New York is not a party to the criminal action.